## KEVIN VERTEFEUILLE *v.* COMMISSIONER OF CORRECTION

The petitioner Kevin Vertefeuille's petition for certification for appeal from the Appellate Court, 131 Conn. App. 904 (AC 32491), is denied.

*Martha Hansen,* assigned counsel, in support of the petition.

Decided December 20, 2011

## RUTH REALTY, LLC *v.* LEO D'ADDONA ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 906 (AC 32938), is denied.

*Leo D'Addona,* pro se, in support of the petition.

Decided December 20, 2011

## FELIPE MULERO *v.* COMMISSIONER OF CORRECTION

The petitioner Felipe Mulero's petition for certification for appeal from the Appellate Court, 132 Conn. App. 901 (AC 32392), is denied.

*David B. Rozwaski,* assigned counsel, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided December 20, 2011